No. 544.  Richards v. United States.  United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.  *Josiah Lyman* and *Sophie B. Lyman* for petitioner.  *Solicitor General Perlman, Assistant Attorney General McInerney; Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 546.  Huff et al. v. United States.  C. A. 5th Cir.  Certiorari denied.  *Myer I. Goldberg* for petitioners.  *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Murry Lee Randall* for the United States.

No. 547.  Horowitz et al. v. Kaplan et al., Trustees. C. A. 1st Cir.  Certiorari denied.  *Milton Pollack* for petitioners.  *Jacob J. Kaplan* and *C. Keefe Hurley* for Kaplan et al., Trustees; and *LaRue Brown* for the Common Stockholders Protective Committee, respondents.

No. 551.  Stoves, Incorporated v. Tennessee Enamel Manufacturing Co.  C. A. 6th Cir.  Certiorari denied.  *Albert Williams* for petitioner.  *William Waller* and *George H. Armistead, Jr.* for respondent.

No. 451.  Rice v. Arnold, Superintendent of the Miami Springs Country Club.  The petition for writ of certiorari to the Supreme Court of Florida is denied for the reason that the judgment of the court below is based upon a nonfederal ground adequate to support it. Mr. Justice Black and Mr. Justice Douglas are of the opinion certiorari should be granted.  *Robert L. Carter,*